**Order filed July 26, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-12-00363-CV
_____

**PHILIP DEAN LYNCH, Appellant**

**V.**

**CACH, L.L.C., Appellee**

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 962831**

---

## ORDER

Appellant's brief was due **July 12, 2012.** No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **August 27, 2012,** the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM